David J. McGlothlin, Esq. (SBN: 165634)
david@kazlg.com
KAZEROUNI LAW GROUP, APC
301 E. Bethany Home Rd, Suite C-195
Phoenix, AZ 85012
Telephone: (602) 265-3332
Facsimile: (800) 520-5523

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
[PORTLAND DIVISION]

| | |
|---|---|
| Debra Joann Coates Griffin, and Robert Hessee, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>American-Amicable Life Ins. Co. of Texas,<br><br>    *Defendant*. | Case Number: 6:24−cv−00243−MC<br><br>**Proof of Service of Summons and Complaint to Defendant American-Amicable Life Ins. Co. of Texas** |

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **Debra Joann Coates Griffin; Robert Hessee** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00243-MC |
| ) | |
| **American-Amicable Life Ins. Co. of Texas** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Joshua Newman-Defazio, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American-Amicable Life Ins. Co. of Texas in Sacramento County, CA on February 13, 2024 at 8:32 am at 2710 Gateway Oaks Drive, Sacramento, CA 95833 by leaving the following documents with American-Amicable Life Ins. Co. of Texas who as Na at CSC lawyers is authorized by appointment or by law to receive service of process for American-Amicable Life Ins. Co. of Texas.

Cover Sheet
Complaint
Summons

Additional Description:
I successfully served the documents at provided address on February 13, 2024 at 8:30 AM front desk intake specialist Jenn Bautista accepted the documents.

American Indian or Alaska Native Female, est. age 25-34, glasses: Y, Black hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=38.6160285065,-121.5163107213
Photograph: See Exhibit 1

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty for perjury.

Executed in  
__Sacramento County_____,  
__CA____ on __2/13/2024_____.

/s/ *Joshua Newman-Defazio*  
Signature  
Joshua Newman-Defazio  
+1 (916) 676-6499



