David J. McGlothlin. Esq. (SBN165634)
david@kazlg.com
**KAZEROUNI LAW GROUP, APC**
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: 800-400-6808
Facsimile: 800-520-5523

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| DEBRA JOAN COATES GRIFFIN and ROBERT HESSEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INS. CO. OF TEXAS,<br><br>Defendant. | Case No. 6:24-cv-00243-MC<br><br>**NOTICE OF RESOLUTION** |

Plaintiffs DEBRA JOAN COATES GRIFFIN and ROBERT HESSEE (“Plaintiffs”), for themselves and on behalf of Defendant AMERICAN-AMICABLE LIFE INS. CO. OF TEXAS (“Defendant” and together with Plaintiffs, the “Parties”), with Defendant’s notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties’ differences and disputes in the above-captioned matter, on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of Plaintiffs’ individual claims against Defendant will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request

that the Court vacate any and all pending deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: October 25, 2024

KAZEROUNI LAW GROUP, APC

By: *s/ David J. McGlothlin*
David J. McGlothlin, Esq.
Oregon Bar No. 165634
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix Arizona 85012
Telephone: (800) 400-6808
Facsimilie: (800) 520-5523

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2024, a copy of the foregoing was electronically filed through the CM/ECF filing system, which will send electronic notification of the above filing to all registered users.

By: */s/David J. McGlothlin*