David J. McGlothlin, Esq (SBN: 253265)
David@kazlg.com
**KAZEROUNI LAW GROUP APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
[PORTLAND DIVISION]

| | |
|---|---|
| Debra Joann Coates Griffin, and Robert Hessee, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> vs. <br><br> American-Amicable Life Ins. Co. of Tex, <br><br><br> *Defendant.* | Case No: 6:24-cv-00243-MC <br><br><br><br> **STIPULATED MOTION TO DISMISS** |

    Plaintiff Debra Joann Coates Griffin and Plaintiff Robert Hessee  (together, the "Plaintiffs") and Defendant American-Amicable Life Ins. Co. of Tex ("Defendant") (collectively, the "Parties") hereby move to dismiss Plaintiffs' claims against Defendant with prejudice, and the putative class's claims against Defendant without prejudice. Each party shall bear their own attorney's fees and costs.

Date: December 31, 2024

          **Kazerouni Law Group**

       By: s/David McGlothlin
         David McGlothlin
         (Attorney for Plaintiff)

**Tonkon Torp LLP**

Date: December 31, 2024

By: <u>s/Jeff Bradford</u>
    Jeff Bradford
    (Attorney for Defendant)